# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

AH

UNITED STATES OF AMERICA,
Plaintiff,

v.

BETHANY NOTESTINE,
Defendant.

Case No. __1:05cr137-7__
(Hogan, MJ.)    2006 NOV 15 PM 3:34

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter: Mary Ann Maffia, Official Reporter
Date/Time: November 15, 2006 at 1:30 PM

United States Attorney: __Timothy Oakley__ Defendant Attorney: __Charles Isaly__

*Initial Appearance Hearing on [X] Complaint;[] Indictment; [] Information; or [] petition for probation / supervised release*
[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness_____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses: _____

AUSA Exhibits:_____ Defendant Exhibits:_____

[ ]Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [X]Indictment or[] Information:*
Defendant waives reading of: [X] Indict     [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [X] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge __Barrett__
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: