AO 456 (Rev. 5/85) Notice

United States District Court

SOUTHERN DISTRICT OF OHIO

United States of America

V.   **NOTICE**

Bethany Notestine

CASE NUMBER: **1:05cr137-7**
**Judge Michael R. Barrett**

TYPE OF CASE

☐ CIVIL  ☒ CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom 3, Room 836 |
| | DATE AND TIME<br>Tuesday, January 16, 2007, at 1:300 pm |

TYPE OF PROCEEDING

**Motion to Suppress (Doc. 142) Hearing before the Honorable Michael R. Barrett, U.S. District Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | | |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | |

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

January 8, 2007
Date

s/Barbara A. Crum
(By Deputy Clerk)

To: Charles Isaly, Esq.

CC: U.S. Probation Office
Pretrial Services
U.S. Marshal's Office
U.S. Attorney's Office

**NOTE: It is the responsibility of Counsel to notify their clients.**